# United States Court of Appeals for the Fifth Circuit

―――――――――

No. 23-10247
Summary Calendar

―――――――――

United States Court of Appeals
Fifth Circuit

**FILED**
July 6, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

DAVID ANTOINE JOHNSON,

*Defendant—Appellant*.

―――――――――――――――――――――――

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:01-CR-185-1

―――――――――――――――――――――――

Before KING, HIGGINSON, and WILLETT, *Circuit Judges*.

PER CURIAM:[*]

David Antoine Johnson, federal prisoner, was convicted of two counts of brandishing a firearm in relation to a crime of violence. He now appeals from the denial of a motion seeking to compel the Government to file a motion to reduce his sentence. Johnson argues that the district court abused its discretion by denying his motion to compel.

―――――――――――――――――

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-10247

The district court's jurisdiction to correct or modify a defendant's sentence is limited to those specific circumstances enumerated by Congress in 18 U.S.C. § 3582(b). *United States v. Bridges*, 116 F.3d 1110, 1112 (5th Cir. 1997). We can discern no jurisdictional basis for Johnson's motion to compel, and we conclude that he has "appealed from the denial of a meaningless, unauthorized motion." *United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994). Although the district court addressed the merits of Johnson's motion, we affirm on the alternative basis of lack of jurisdiction. *See id.*

AFFIRMED.